**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| JOHN ZINK COMPANY, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No.: 4:26-cv-02034 |
| | § | |
| AARON HERNANDEZ, | § | |
| | § | |
| Defendant. | § | |

**PLAINTIFF JOHN ZINK COMPANY, LLC'S RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff John Zink Company, LLC ("John Zink") discloses the following information:

1. John Zink Company, LLC is a Delaware organization. Its sole member is KES Domestic Holding, LLC, is a Delaware limited liability company.

2. KES Domestic Holding, LLC's sole member is KES Investment Holdings, LLC, a Delaware limited liability company.

3. KES Investment Holdings, LLC's sole member is KG Holding, LLC, a Delaware limited liability company.

4. KG Holding, LLC's sole member, is Koch Engineered Solutions, LLC, a Delaware limited liability company.

5. Koch Engineered Solutions, LLC's sole member, is Koch Solutions, LLC, a Delaware limited liability company.

6. Koch Solutions, LLC's sole member is Koch Companies, LLC, a Delaware limited liability company.

7. Koch Companies, LLC's sole member is Koch, Inc.

8. Koch, Inc., is a Kansas organization with its principal place of business in Kansas.

Dated: March 13, 2026

Respectfully submitted,

*/s/ Grant Schmidt*
Grant Schmidt
*Attorney-in-Charge*
S.D. Tex. No. 3945220
Texas Bar No. 24084579
Email: gschmidt@hilgerslaw.com
Telephone: 469-751-2819
David Sillers
(*pro hac vice* application forthcoming)
Texas Bar No. 24072341
Email: dsillers@hilgerslaw.com
Telephone: 469-727-8686
**HILGERS PLLC**
8750 N. Central Expressway, Suite 750
Dallas, TX 75231
Facsimile: 402-413-1880

Carl Miller
(*pro hac vice* application forthcoming)
Nebraska Bar No. 28250
Email: cmiller@hilgerslaw.com
Telephone: 402-313-3480
**HILGERS PLLC**
1320 Lincoln Mall, Suite 200
Lincoln, NE 68508
Facsimile: 402-413-1880

*Attorneys for Plaintiff John Zink Company, LLC*